# Court of Appeals
# of the State of Georgia

ATLANTA,  March 26, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1532.  KATHY MAY TOTH v. GLORIA NAEGELE MAY.**

In October 2018, the trial court entered a default judgment in favor of Gloria Naegele May.  Thereafter, in December 2018, Kathy May Toth filed a motion to set aside the trial court's judgment pursuant to OCGA § 9-11-60 (d), alleging accident, mistake, and/or excusable neglect.  The trial court denied the motion, and Toth filed this direct appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review.  OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006).  "[C]ompliance with the discretionary appeals procedure is jurisdictional."  *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Toth's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/26/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*